UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20046-TP-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE RODRIGUEZ,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on a Request for Summons and Modification of the Conditions or Term of Supervision. This Matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked (DE # 8, 9/25/07). It is recommended that the defendant's supervised release be **REVOKED**.

## BACKGROUND

On April 11, 1990, after being convicted of possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1), the defendant was sentenced to 235 months imprisonment followed by five years supervised release.

The defendant is charged with two violations of his supervised release as follows:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 23, 2007, the defendant submitted a urine specimen which tested positive for the presence of cocaine in a local laboratory and was later confirmed positive by Scientific Testing Laboratories, Inc. On May 3, 2007, the defendant admitted to using cocaine and signed an Admission of Drug Use Form. |
| 2. | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about January 16, 2007, in Miami-Dade County, Florida, the defendant committed the offense of Battery on an Elderly, a third degree felony, contrary to Florida Statute § 784.08(2)(c). On April 2, 2007, the case was Nolle Prosequi by the Court. |

On October 15, 2007, the defendant while represented by counsel waived his right to an evidentiary hearing and admitted to supervised release violation number one. The defendant, defense counsel, the probation officer and the government agreed to the dismissal of violation number two.

## RECOMMENDATION

The undersigned recommends revocation of the defendant's supervised release based on the defendant's admission to violation number one and dismissal of violation number two.

The parties have ten (10) days from the receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Court Judge. Failure to file the objections in a timely manner shall bar the parties from attacking on appeal the factual

findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988).

    RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **15th** day of October, 2007.

                                                         JOHN J. O'SULLIVAN
                                                         U. S. MAGISTRATE JUDGE

c: Faith Mesnekoff, AFPD
   Christopher Clark, AUSA
   Caridad Henriquez, US Probation
   Honorable Judge Ungaro